[No. 26523. Department One. May 24, 1937.]

THE CITY OF TACOMA, *Respondent*, v. SIEBERT BOYD, *Appellant*.[1]

*P. L. Pendleton*, for appellant.

*Howard Carothers, Bartlett Rummel*, and *George F. Abel*, for respondent.

PER CURIAM.—Defendant was charged with violating ordinance No. 11190 of the city of Tacoma on the same occasion which gave rise to the prosecution in *Tacoma v. Roe, ante* p. 444, 68 P. (2d) 1028. It is suggested in the briefs that the evidence was insufficient to sustain the verdict. The evidence, in our opinion, was sufficient to warrant the jury in finding that all the elements of the offense defined by the ordinance were proven beyond a reasonable doubt.

Judgment affirmed.

[No. 26524. Department One. May 24, 1937.]

THE CITY OF TACOMA, *Respondent*, v. ED HEINRICY, *Appellant*.[2]

*P. L. Pendleton* and *W. G. Palmer*, for appellant.

*Howard Carothers, Bartlett Rummel*, and *George F. Abel*, for respondent.

PER CURIAM.—The defendant was charged with violating ordinance No. 11190 of the city of Tacoma on the same occasion that gave rise to the prosecution in *Tacoma v. Roe, ante* p. 444, 68 P. (2d) 1028. On authority of that case, the judgment is affirmed.

[1]Reported in 68 P. (2d) 1030.
[2]Reported in 68 P. (2d) 1031.